**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF INDIANA, ex rel. THOMAS FISCHER, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH NETWORK, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No: 1:14-cv-1215-RLY-DLP |

**DEFENDANT'S STATEMENT AUTHORIZING THE UNSEALING OF DOCUMENTS ASSOCIATED WITH THE UNITED STATES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY SULLIVAN COTTER AND ASSOCIATES, INC. DKT. NO. 241**

On October 26, 2021, the United States filed a Motion to Compel Production of Documents from Non-Party Sullivan Cotter and Associates, Inc. ("Motion to Compel"). *See* Dkt. No. 241. The Motion to Compel included Exhibits L, M, and N, which Community Health Network, Inc. ("Community") had previously marked as "Confidential" in the discovery process. As a result of the "Confidential" designations, the United States filed a Motion to Maintain Documents Under Seal as required by S.D. Ind. Local Rule 5-11(d). *See* Dkt. No. 242.

Pursuant to S.D. Ind. Local Rule 5-11(d)(3), Community hereby authorizes the unsealing of the Motion to Compel, including Exhibits L, M and N thereto.

Respectfully submitted,

*/s/ Marc T. Quigley*
Thomas J. Costakis, Atty. No. 4314-49
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204
Telephone:  (317) 636-4341
Facsimile:   (317) 636-1507
E-Mail: tcostakis@kdlegal.com

Marc T. Quigley, Atty. No. 21054-53
KRIEG DEVAULT LLP
12800 North Meridian Street, Suite 300
Carmel, IN  46032
Telephone:  (317) 566-1110
Facsimile:   (317) 636-1507
E-Mail: mquigley@kdlegal.com

George B. Breen, *pro hac vice*
Erica Sibley Bahnsen, *pro hac vice*
Daniel C. Fundakowski, *pro hac vice*
Elizabeth A. Harris, *pro hac vice*
Richard W. Westling, *pro hac vice*
EPSTEIN BECKER GREEN
1227 25th Street, NW, Suite 700
Washington, DC  20037
Telephone: (202) 861-0900
Facsimile:  (202) 296-2882
GBreen@ebglaw.com
esibley@ebglaw.com
dfundakowski@ebglaw.com
eharris@ebglaw.com
rwestling@egblaw.com

*Attorneys for Defendants*

KD_13595804_1.docx