UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF INDIANA, *ex rel.* THOMAS P. FISCHER<br><br>Plaintiffs/Relator,<br><br>v.<br><br>COMMUNITY HEALTH NETWORK, INC.<br><br>Defendant. | Cause No. 1:14-cv-1215-RLY-DLP |

## **[PROPOSED] ORDER**

This matter comes before the Court on SullivanCotter, Inc.'s Motion to Maintain Documents Under Seal.

Having reviewed the Motion and being duly advised, this Court GRANTS the Motion and ORDERS that SullivanCotter, Inc.'s Response to the United States' Motion to Compel Production of Documents and Exhibits thereto [DE _____] shall be maintained under seal.

DATE:_____      _____
                                  Judge, United States District Court


Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.