UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> and the STATE OF INDIANA, ) <br> *ex rel.* THOMAS P. FISCHER ) <br> ) <br> Plaintiffs/Relator, ) <br> ) <br> v. ) <br> ) <br> COMMUNITY HEALTH NETWORK, INC., ) <br> COMMUNITY HEALTH NETWORK ) <br> FOUNDATION, INC., COMMUNITY ) <br> PHYSICIANS OF INDIANA, INC., ) <br> VISIONARY ENTERPRISES, INC., ) <br> COMMUNITY SURGERY CENTER-NORTH, ) <br> COMMUNITY SURGERY CENTER-SOUTH, ) <br> COMMUNITY SURGERY CENTER-EAST, ) <br> COMMUNITY SURGERY CENTER- ) <br> HAMILTON, COMMUNITY SURGERY ) <br> CENTER-KOKOMO, COMMUNITY SURGERY ) <br> CENTER-NORTHWEST, HANCOCK SURGERY ) <br> CENTER, COMMUNITY ENDOSCOPY ) <br> CENTER, and COMMUNITY DIGESTIVE ) <br> CENTER, ) <br> ) <br> Defendants. ) | Cause No. 1:14-cv-1215-RLY-DLP |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the Non-Party SullivanCotter, Inc.

I certify that I am admitted to practice in this court.

November 9, 2021

Respectfully submitted,

SullivanCotter, Inc.,
*Non-Party*

By: */s/ George E. Horn, Jr.*
    One of Its Attorneys

George E. Horn, Jr. (No. 11721-71)
BARNES & THORNBURG LLP

201 South Main Street, Suite 400
South Bend, IN 46601
(574) 237-1138
george.horn@btlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on November 9, 2021, the foregoing document was filed via the U.S. Court for the Southern District of Indiana CM/ECF electronic document filing system, which will serve notice thereof upon the attorneys of record.

/s/ *George E. Horn, Jr.*