UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> and the STATE OF INDIANA, <br> *ex rel.* THOMAS P. FISCHER <br><br> Plaintiffs/Relator, <br><br> v. <br><br> COMMUNITY HEALTH NETWORK, INC., <br> COMMUNITY HEALTH NETWORK <br> FOUNDATION, INC., COMMUNITY <br> PHYSICIANS OF INDIANA, INC., <br> VISIONARY ENTERPRISES, INC., <br> COMMUNITY SURGERY CENTER-NORTH, <br> COMMUNITY SURGERY CENTER-SOUTH, <br> COMMUNITY SURGERY CENTER-EAST, <br> COMMUNITY SURGERY CENTER- <br> HAMILTON, COMMUNITY SURGERY <br> CENTER-KOKOMO, COMMUNITY SURGERY <br> CENTER-NORTHWEST, HANCOCK SURGERY <br> CENTER, COMMUNITY ENDOSCOPY <br> CENTER, and COMMUNITY DIGESTIVE <br> CENTER, <br><br> Defendants. | Cause No. 1:14-cv-1215-RLY-DLP |

## **CORPORATE DISCLOSURE STATEMENT**

Non-Party SullivanCotter, Inc. ("SullivanCotter"), by counsel, makes the following

Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

1. Identify all parent corporation(s).

*SullivanCotter Holdings, Inc.*

2. Identify any publicly held corporation that owns 10% or more of the party's stock.

*None.*

Dated: November 10, 2021                                Respectfully submitted,

1

SullivanCotter, Inc.,
*Non-Party*

By: */s/ George E. Horn, Jr.*
      One of Its Attorneys

George E. Horn, Jr. (No. 11721-71)
BARNES & THORNBURG LLP
201 South Main Street, Suite 400
South Bend, IN 46601
(574) 237-1138
george.horn@btlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that on November 10, 2021, the foregoing document was filed via the U.S. Court for the Southern District of Indiana CM/ECF electronic document filing system, which will serve notice thereof upon the attorneys of record.

                                                */s/ George E. Horn, Jr.*