UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THOMAS FISCHER, <br><br>  Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH NETWORK, INC. <br><br>  Defendant. | Cause No. 1:14-cv-01215-RLY-MKK |

**UNITED STATES' MOTION FOR LEAVE TO ALLOWE REMOTE PARTICIPATION AT SETTLEMENT CONFERENCE**

The United States of America respectfully requests that the Court grant it leave to allow Department of Justice Senior Trial Counsel Arthur Di Dio to participate in the settlement conference by remote means, for the foregoing reasons.

1) Pursuant to the Court's Minute Order from January 20, 2023, this case is scheduled for a settlement conference on August 15, 2023. (ECF 488.) The Court's Order requires the "presence of each party, or the authorized representative of each corporate, governmental, or other organizational entity." (*Id.*)

2. Mr. Di Dio has been the lead attorney on this case since it was filed by the Relator. He resides and works in Los Angeles, California, and is unable to travel currently for health reasons.

3. Mr. Di Dio's attendance by telephone will not impair the settlement process. Two other Civil Fraud Section attorneys and the Civil Chief will be attending in person.

Based on the foregoing, the United States respectfully requests that the Court permit Mr. Di Dio to participate and speak at the conference through remote means.

Dated:  August 9, 2023                                                             Respectfully submitted,

                              BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ZACHARY A. MYERS
United States Attorney

*/s/ Arthur Di Dio*
Jamie Ann Yavelberg
David B. Wiseman
Arthur S. Di Dio
Kelly Quinn McAuliffe
Joanna G. Persio
Claire M. Horrell
Attorneys, Civil Division
U.S. Department of Justice
175 N Street NE, 9th Floor
Washington, D.C. 20002
(202) 305-4507
Arthur.Di.Dio@usdoj.gov
Kelly.Q.McAuliffe@usdoj.gov
Joanna.G.Persio@usdoj.gov
Claire.Horrell@usdoj.gov

*/s/ Shelese Woods*
Shelese Woods
Justin Olson
Assistant United States Attorneys
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
Shelese.Woods@usdoj.gov
Justin.Olson2@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

On August 9, 2023, I caused a true and accurate copy of the foregoing to be filed using the Court's CM/ECF system, which will send an electronic filing notice to all counsel of record.

*/s/ Shelese Woods*_____
Assistant United States Attorney