UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THOMAS FISCHER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 1:14-cv-1215-RLY-MKK |
| COMMUNITY HEALTH NETWORK, INC. | ) ) | |
| Defendant. | ) ) | |

## JOINT NOTICE OF SETTLEMENT

On December 18, 2023, Plaintiff the United States, Relator Thomas P. Fischer, and Defendant

Community Health Network, Inc. ("CHN") executed a settlement agreement (the "Agreement") to

resolve the claims set forth in the United States' Complaint in Intervention.


Dated:  December 20, 2023          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ZACHARY A. MYERS
United States Attorney

*/s/ Claire M. Horrell*
Jamie Ann Yavelberg
David B. Wiseman
Arthur S. Di Dio
Kelly Quinn McAuliffe
Claire Horrell
David M. Finkelstein
Attorneys, Civil Division
U.S. Department of Justice
175 N Street NE
Washington, DC 20002
(202) 305-3250
Arthur.Di.Dio@usdoj.gov
Kelly.Q.McAuliffe@usdoj.gov

1

Claire.Horrell@usdoj.gov
David.M.Finkelstein@usdoj.gov

*/s/ Shelese Woods*
Shelese Woods
Justin Olson
Assistant United States Attorneys
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333

Shelese.Woods@usdoj.gov
Justin.Olson2@usdoj.gov

*Attorneys for the United States of America*


*/s/ Veronica B. Nannis*
Veronica B. Nannis (*pro hac*)
Jay P. Holland (*pro hac*)
Virginia Grimm (*pro hac*)
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Tel: (301) 220-2200
Fax: (301) 220-1214
jholland@jgllaw.com
vnannis@jgllaw.com
vgrimm@jgllaw.com

Kathleen A. DeLaney (#18604-49)
Annavieve Conklin
DELANEY & DELANEY LLC
3646 N. Washington Blvd. Indianapolis, IN 46205
Tel. 317.920.0400
Fax  317.920.0404
Kathleen@delaneylaw.net
AConklin@delaneylaw.net

Michael S. Smith (*pro hac*)
Timothy P. McCormack (*pro hac*)
Elizabeth Quinby (*pro hac*)
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
msmith@preti.com

2

tmccormack@preti.com
equinby@preti.com
Bruce D. Greenberg (*pro hac*)
Steven J. Greenfogel (*pro hac*)
Anthony Zatkos (*pro hac*)

LITE DEPALMA GREENBERG & AFANADOR,
LLC
1515 Market Street- Suite 1200
Philadelphia, PA 19102
Telephone (215) 854-4060
Facsimile (973)623-0858
bgreenberg@litedepalma.com
sgreenfogel@litedepalma.com
azatkos@litedepalma.com
*Attorneys for Relator Thomas P. Fischer*

/s/ Marc T. Quigley
Marc T. Quigley, Atty. No. 21054-53
Blake P. Holler, Atty. No. 30676-84
Krieg DeVault LLP
12800 North Meridian Street, Suite 300
Carmel, Indiana  46032
Telephone: (317) 566-1110
Facsimile: (317) 636-1507
mquigley@kdlegal.com
bholler@kdlegal.com

Thomas J. Costakis, Atty. No. 4314-49
Libby Yin Goodknight, Atty. No. 20880-49
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana46204
Telephone:  (317) 636-4341
Facsimile: (317) 636-1507
tcostakis@kdlegal.com
lgoodknight@kdlegal.com

/s/ Richard W. Westling
George B. Breen, *pro hac vice*
Richard W. Westling, *pro hac vice*
Erica Sibley Bahnsen, *pro hac vice*
Elizabeth A. Harris, *pro hac vice*
Daniel C. Fundakowski, *pro hac vice*
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700

Washington, DC 20037
Telephone: (202) 861-1823
Facsimile:  (202) 861-3523
GBreen@ebglaw.com
RWestling@ebglaw.com
ESibley@ebglaw.com
EHarris@ebglaw.com
DFundakowski@ebglaw.com

/s/ Robert K. McBride
Robert K. McBride, *pro hac vice*
Jeremy A. Morris
Taft Stettinius Hollister, LLP
1 Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
RMcBride@taftlaw.com
JMorris@taftlaw.com

*Attorneys for Defendants*