UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THOMAS FISCHER, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH NETWORK, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Cause No. 1:14-cv-01215-RLY-MKK |

**JOINT STIPULATION OF DISMISSAL OF THE
<u>UNITED STATES' COMPLAINT IN INTERVENTION</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the December 18, 2023 Settlement Agreement ("the Agreement"), the United States of America ("United States"), Relator Thomas P. Fischer (the "Relator"), and Defendant Community Health Network, Inc. ("Community" or the "Defendant") (collectively, with the United States and Relator, the "Parties"), by and through undersigned counsel, hereby stipulate and agree to the dismissal of the United States' Complaint in Intervention (Dkt. No. 96), subject to the following terms and conditions:

The Parties stipulate to the following:

  a. The United States' Complaint in Intervention (Dkt. No. 96) is dismissed with prejudice, subject to the terms of the Agreement.

  b. This Joint Stipulation of Dismissal does not have any impact on Relator's claims against Community under 31 U.S.C. § 3730(d) for expenses, attorneys' fees, and costs, or Community's objections or challenges thereto; and it does not dismiss the claims alleged

in the Relator's Second Amended Complaint (Dkt. No. 134).

    c.  This Court retains jurisdiction over Relator's claims against Community under 31 U.S.C. § 3730(d) for expenses, attorneys' fees, and costs arising out of the investigation, filing and litigation of Relator's *qui tam* complaints and the United States' Complaint in Intervention, and any disputes that may arise regarding compliance with the terms of the Agreement or to the extent necessary to enforce the terms and conditions of the Agreement.

  The Parties respectfully request that the Court enter an order of partial dismissal in the form attached.

Dated: January 22, 2024    Respectfully submitted,

               BRIAN M. BOYNTON
               Principal Deputy Assistant Attorney General
               Civil Division

               ZACHARY A. MYERS
               United States Attorney

               */s/ Kelly Quinn McAuliffe*
               Jamie Ann Yavelberg
               David B. Wiseman
               Arthur S. Di Dio
               Kelly Quinn McAuliffe
               Claire Horrell
               David M. Finkelstein
               Attorneys, Civil Division
               U.S. Department of Justice
               175 N Street NE
               Washington, DC 20002
               (202) 305-3250
               Arthur.Di.Dio@usdoj.gov
               Kelly.Q.McAuliffe@usdoj.gov
               Claire.Horrell@usdoj.gov
               David.M.Finkelstein@usdoj.gov

               */s/ Shelese Woods*
               Shelese Woods

Justin Olson
Assistant United States Attorneys
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
Shelese.Woods@usdoj.gov
Justin.Olson2@usdoj.gov

*Attorneys for the United States of America*


/s/ Veronica B. Nannis
Veronica B. Nannis (*pro hac*)
Jay P. Holland (*pro hac*)
Erika Jacobsen White (*pro hac*)
Bridget Cardinale (*pro hac*)
Virginia Grimm (*pro hac*)
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Tel: (301) 220-2200
Fax: (301) 220-1214
jholland@jgllaw.com
vnannis@jgllaw.com
vgrimm@jgllaw.com
ewhite@jgllaw.com
bcardinale@jgllaw.com

Kathleen A. DeLaney (#18604-49)
Annavieve Conklin
DELANEY & DELANEY LLC
3646 N. Washington Blvd. Indianapolis, IN 46205 Tel. 317.920.0400
Fax  317.920.0404
Kathleen@delaneylaw.net
AConklin@delaneylaw.net

Michael S. Smith (*pro hac*)
Timothy P. McCormack (*pro hac*)
Elizabeth Quinby (*pro hac)*
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
msmith@preti.com

tmccormack@preti.com
equinby@preti.com

Bruce D. Greenberg (*pro hac*)
Steven J. Greenfogel (*pro hac*)
Anthony Zatkos (*pro hac*)
LITE DEPALMA GREENBERG & AFANADOR, LLC
1515 Market Street- Suite 1200
Philadelphia, PA 19102
Telephone (215) 854-4060
Facsimile (973)623-0858
bgreenberg@litedepalma.com
sgreenfogel@litedepalma.com
azatkos@litedepalma.com

*Attorneys for Relator Thomas P. Fischer*


*/s/ Marc T. Quigley*
Marc T. Quigley, Atty. No. 21054-53
Blake P. Holler, Atty. No. 30676-84
Krieg DeVault LLP
12800 North Meridian Street, Suite 300
Carmel, Indiana  46032
Telephone: (317) 566-1110
Facsimile: (317) 636-1507
mquigley@kdlegal.com
bholler@kdlegal.com

Thomas J. Costakis, Atty. No. 4314-49
Libby Yin Goodknight, Atty. No. 20880-49
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204
Telephone:  (317) 636-4341
Facsimile: (317) 636-1507
tcostakis@kdlegal.com
lgoodknight@kdlegal.com

*/s/ Richard W. Westling*
George B. Breen, *pro hac vice*
Richard W. Westling, *pro hac vice*
Erica Sibley Bahnsen, *pro hac vice*
Elizabeth A. Harris, *pro hac vice*

4

Daniel C. Fundakowski, *pro hac vice*
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, DC  20037
Telephone: (202) 861-1823
Facsimile:  (202) 861-3523
GBreen@ebglaw.com
RWestling@ebglaw.com
ESibley@ebglaw.com
EHarris@ebglaw.com
DFundakowski@ebglaw.com

/s/ *Robert K. McBride*
Robert K. McBride, *pro hac vice*
Jeremy A. Morris
Taft Stettinius Hollister, LLP
1 Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
RMcBride@taftlaw.com
JMorris@taftlaw.com


*Attorneys for Defendant Community Health Network, Inc.*

5