UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THOMAS FISCHER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COMMUNITY HEALTH NETWORK, INC.<br><br>　　　　　Defendant. | Cause No. 1:14-cv-01215-RLY-MKK |

**CONSENT MOTION TO AMEND LIMITED CASE MANAGEMENT DEADLINES**

　　　Relator Thomas P. Fischer, by counsel, files this Consent Motion to Amend Case Management Deadlines. In support of the Consent Motion, Relator states as follows:

　　　1.　　This Court entered its initial order on the CMP for this case on March 19, 2021. Dkt. No. 177.

　　　2.　　This Court entered an Amended CMP on July 1, 2022, and a Second Amended CMP on May 3, 2023. Dkt. Nos. 418; 533. The Second Amended CMP is the controlling CMP.

　　　3.　　Under the Second Amended CMP, all fact discovery is to be completed by March 1, 2024. Dkt. No. 533.

　　　4.　　The parties have worked to move the case along for more than four years and have regularly reported to the Court. As the Court is aware, this is a complex case and on several occasions the parties have needed the Court's guidance and intervention to resolve discovery issues. The United States and CHN settled the allegations related to the United States' Complaint in Intervention, and all parties worked for the past few months to resolve that part of the case and ancillary matters related thereto. Though certain portions of the case are now

streamlined, Relator's Second Amended Complaint with its FCA and employment claims is still at issue. Several significant items remain to be completed before fact discovery can be finalized, as the parties have discussed with the Court over the last several status conferences. (Dkt. Nos. 724, 696). Currently, there are two discovery motions pending before the Court (Dkt. Nos. 727, 711) regarding subpoenas that seek crucial and relevant fact discovery. In addition, the parties are in the process of scheduling and re-scheduling multiple depositions in the next several weeks, some of which will be more than seven hours due to the number of topics at issue and the breadth of the witnesses' knowledge. As a result, the current fact discovery deadline is therefore untenable and a slight modification is requested to allow Relator to complete the discovery process.

5. On January 24, 2024, Relator conferred with CHN and on January 25, 2024, CHN agreed to the extension and modification of seven (7) events, as described below. The United States takes no position.

6. Accordingly, Relator proposes the following deadline amendments to the CMP:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Non-expert discovery completed | March 1, 2024 | Monday, June 3, 2024 |
| Disclosure of expert witnesses and reports | May 2, 2024 | Friday, August 2, 2024 |
| Disclosure of rebuttal witnesses and reports | June 1, 2024 | Monday, September 2, 2024 |
| Expert witness discovery completed | September 1, 2024 | Monday, December 2, 2024 |
| Dispositive Motions | October 1, 2024 | Thursday, January 2, 2025 |
| Objections to limit or preclude expert testimony at trial | November 15, 2024 | Monday, February 17, 2025 |
| Final witness and exhibit list | January 15, 2025 | Tuesday, April 15, 2025 |

7. The proposed new deadlines do not impact the pre-trial conference or trial dates, and this Motion seeks no continuance of those dates.

8.      This request is not made for purposes of delay and will not interfere with any of the other case management deadlines.

WHEREFORE, Relator respectfully requests that the Court extend the current Case Management deadlines as described herein.

Dated: January 30, 2024                                   Respectfully submitted,

/s/ Veronica B. Nannis
Veronica B. Nannis (*pro hac*)
Jay P. Holland (*pro hac*)
Virginia Grimm (*pro hac*)
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Tel: (301) 220-2200
Fax: (301) 220-1214
jholland@jgllaw.com
vnannis@jgllaw.com
vgrimm@jgllaw.com

Kathleen A. DeLaney (#18604-49)
Annavieve Conklin
DELANEY & DELANEY LLC
3646 N. Washington Blvd. Indianapolis, IN 46205
Tel. 317.920.0400
Fax  317.920.0404
Kathleen@delaneylaw.net
AConklin@delaneylaw.net

Michael S. Smith (*pro hac*)
Timothy P. McCormack (*pro hac*)
Elizabeth Quinby (*pro hac)*
Michael Hanify (*pro hac*)
PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
msmith@preti.com
tmccormack@preti.com
equinby@preti.com
mhanify@preti.com

        Bruce D. Greenberg (*pro hac*)
        Steven J. Greenfogel (*pro hac*)
        Anthony Zatkos (*pro hac*)
        LITE DEPALMA GREENBERG &
        AFANADOR, LLC
        1515 Market Street- Suite 1200
        Philadelphia, PA 19102
        Telephone (215) 854-4060
        Facsimile (973)623-0858
        bgreenberg@litedepalma.com
        sgreenfogel@litedepalma.com
        azatkos@litedepalma.com

        *Attorneys for Relator Thomas P. Fischer*

## CERTIFICATE OF SERVICE

On January 30, 2024, I caused a true and accurate copy of the foregoing to be filed using the Court's CM/ECF system, which will send an electronic filing notice to all counsel of record.

<u>January 30, 2024</u>          <u>  /s/        </u>
Date                 Veronica Nannis