UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Thomas P. Fischer, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 1:14-cv-01215-RLY-MKK |
| COMMUNITY HEALTH NETWORK, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## MINUTE ENTRY

Except for the United States of America, who appeared telephonically, the Parties, by counsel, appeared for a hearing on the State of Indiana's Motion for Leave to Intervene, (dkt. 728), on February 16, 2024, in front of the Magistrate Judge. The Court heard argument and will rule on the Motion in a separate Order.

In light of the additional information provided by the State of Indiana during oral argument, Defendants are given leave to supplement their response to the State's Motion, (dkt. 744), and Relator is given leave to file a response, should he wish. Defendants' and Relator's responses, if any, shall be filed **no later than March 1, 2024.** If Relator opts not to file a response, he shall notify the Court of his election not to respond.

So ORDERED.

Date: 2/16/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email