UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF INDIANA, *ex rel.* THOMAS FISCHER<br><br>    Plaintiffs/Relator,<br><br>  v.<br><br>COMMUNITY HEALTH NETWORK, INC.,<br><br>    Defendants. | Cause No. 1:14-cv-01215-RLY-MKK |

**NOTICE OF WITHDRAWAL OF THE STATE OF INDIANA'S MOTION
FOR LEAVE TO INTERVENE IN RELATOR'S MEDICAID CLAIMS**

The State of Indiana (the "State" or "Indiana") withdraws its motion for leave to intervene at this time. In support, Indiana states as follows:

1. On January 22, 2024, the State of Indiana filed its Motion for Leave to Intervene in Relator's Medicaid Claims. [Dkt. 728].

2. The State's Motion for Leave to Intervene was made in good faith based on discussions with Relator and Relator's consent after review of the Motion.

3. On March 22, 2024, Relator filed his Response in Opposition to the State's Motion. [Dkt. 783].

4. While the State no longer seeks to intervene at this time, it will continue to be a real party in interest and will continue to exercise its statutory rights under Indiana Medicaid False Claims and Whistleblower Protection Act (the "IMFCA"), Ind. Code § 5–11–5.7–1 *et seq.*

WHEREFORE, for the foregoing reasons, the State of Indiana withdraws its motion for leave to intervene in the State's Medicaid Claims and granting such further relief the Court deems necessary and appropriate.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Atty. No. 18857-49

Date: March 25, 2024

By: /s/ Lawrence J. Carcare II
Lawrence J. Carcare II
Deputy Attorney General
Attorney No. 18557-49

OFFICE OF INDIANA ATTORNEY GENERAL
Medicaid Fraud Control Unit
8720 Castle Creek Parkway E Dr., Suite 250
Indianapolis, IN 46250
317-915-5319
Lawrence.Carcare@atg.in.gov
Counsel for State of Indiana

## **CERTIFICATE OF SERVICE**

    I certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

By:  /s/ Lawrence J. Carcare II
Lawrence J. Carcare II
Deputy Attorney General
Attorney No. 18557-49

OFFICE OF INDIANA ATTORNEY GENERAL
Medicaid Fraud Control Unit
8720 Castle Creek Parkway E Dr., Suite 250
Indianapolis, IN 46250
317-915-5319
Lawrence.Carcare@atg.in.gov
Counsel for State of Indiana