UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THOMAS FISCHER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Cause No. 1:14-cv-1215 RLY-MKK |
| | ) ) |
| COMMUNITY HEALTH NETWORK, INC. | ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Joanna G. Persio, Trial Attorney for the Civil Division, United States Department of Justice, hereby enters her appearance as counsel for the United States of America.

Dated:  September 3, 2024                               Respectfully submitted,

*/s/ Joanna G. Persio*
JOANNA G. PERSIO
Attorney, Civil Division
U.S. Department of Justice
175 N Street NE, 10th Floor
Washington, D.C. 20002
(202) 616-3677
joanna.g.persio@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I caused a true and correct copy of the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send an electronic notice to all counsel of record.

/s/ Joanna G. Persio
JOANNA G. PERSIO
Attorney, Civil Division