UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THOMAS FISCHER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COMMUNITY HEALTH NETWORK, INC.<br><br>　　　　　Defendant. | Cause No. 1:14-cv-01215-RLY-MKK |

**AMENDED**
**ORDER GRANTING JOINT MOTION TO VACATE THE DECEMBER 23, 2024 STATUS CONFERENCE**

Upon review and consideration of the Joint Motion to Vacate the December 23, 2024 Status Conference, and the Court being duly advised now finds that the Motion should be and hereby is GRANTED; and it is further,

ORDERED that the December 23, 2024 Status Conference is hereby VACATED and shall be removed from the docket.

It is FURTHER ORDERED that the Parties are to file a status report within 30 days.

So ORDERED.

Date:  12/23/2024

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.